McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DOLORES J. MURPHY, as Trustee of the CHARLES M. MURPHY ADMINISTRATIVE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:24-cv-00260-KES-BAM<br><br>~~PROPOSED~~ ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 9, 13, 14)<br><br>Sched. Conference:  **August 28, 2024**<br>                                     **9:00 AM**<br>                                     **Courtroom 8 (BAM)** |

Plaintiff Dolores J. Murphy, as Trustee of the Charles M. Murphy Administrative Trust (the "Administrative Trust"), initiated this suit for refund of tax/civil penalties against Defendants the United States of America on February 29, 2024.  (Doc. 1.)  Defendant the United States of America's Answer or other responsive pleading in this case is due on July 8, 2024.  The initial mandatory scheduling conference is currently scheduled for May 30, 2024.  (Docs. 4, 10.)

On May 17, 2024, the parties filed a Stipulation to Continue Joint Scheduling Report Deadline and Mandatory Scheduling Conference (Doc. 13) stipulating to a continuance of the mandatory scheduling conference for 90 days.  The parties proffer that it is premature to hold the mandatory scheduling conference at this time and that the requested 90-day continuance of the mandatory scheduling conference will allow counsel for Defendant the United States time to obtain and review the Internal Revenue Service's administrative files related to this case, and allow counsel for Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, and counsel for Defendant the United States to engage in informal discovery.  (*Id.*)  The parties have also informed the Court that on May 13, 2024, counsel for Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, provided counsel for Defendant the United States with a pdf copy several key documents for him to review and consider in order to evaluate the merits of Plaintiff Dolores J. Murphy's claims for refund, on behalf of the Administrative Trust, of the assessed and

collected civil penalties that are in issue in this case. (*Id.*) The parties have also informed the court that after counsel has reviewed these documents, counsel for Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, and counsel for Defendant the United States will meet and confer to discuss these documents and Plaintiff Dolores J. Murphy's claims for refund, on behalf of the Administrative Trust, of the assessed and collected civil penalties that are in issue in this case. (*Id.*)

The Court finds that good cause exists to grant the requested extension of the mandatory scheduling conference in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Mandatory Scheduling Conference currently set for May 30, 2024, is continued to **August 28, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required; and

2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **May 20, 2024**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE