CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone:   202-616-2378
Fax:     202-307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES J. MURPHY, as Trustee of the CHARLES M. MURPHY ADMINISTRATIVE TRUST,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA.,<br><br>　　　Defendant. | No. 1:24-cv-00260-KES-BAM<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE JOINT SCHEDULING REPORT DEADLINE AND MANDATORY SCHEDULING CONFERENCE (ECF NOS. 31, 35)** |

Plaintiff Dolores J. Murphy, as Trustee of the Charles M. Murphy Administrative Trust (the "Administrative Trust"), initiated this suit for refund of tax/civil penalties against Defendant, the United States of America, on February 29, 2024. (ECF No. 1.) Defendant, the United States of America's Answer or other responsive pleading in this case was due on August 5, 2024. The initial mandatory scheduling conference is currently scheduled for April 21, 2025. (ECF No. 31).

On August 5, 2024, Defendant the United States filed a Notice of Motion to Dismiss (ECF No. 17), United States' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and Memorandum in Support (ECF No. 17-1), (hereinafter referred to as "Defendant United States' Motion to Dismiss"), and Declaration of Brian D. Johnson in Support of the United States' Motion to Dismiss (ECF No. 17-2).

On August 19, 2024, counsel for Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, filed Plaintiff's Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 19) and Declaration of Craig A. Houghton in

Support of Plaintiff's Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 19-1).

On August 22, 2024, the Court filed a Minute Order (ECF No. 20) ordering Robert C. Bombard to file a declaration detailing the parties' meet and confer efforts prior to the filing of Defendant United States Motion to Dismiss and Supporting Memorandum and Declaration.

On August 26, 2024, Robert C. Bombard filed the Declaration of Robert C. Bombard (ECF No. 21) pursuant to the Court's August 22, 2024, Minute Order (ECF No. 20).

On August 28, 2024, Defendant United States filed United States' Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 22).

On August 30, 2024, Connor J. Pestovich filed a Notice of Appearance in this case (ECF No. 23) with the Court to cover this case for Robert C. Bombard during his upcoming family leave for several months. In early December of 2024 Mr. Bombard returned from his family leave and resumed the role as lead counsel for Defendant United States in this case,

Per Minute Orders filed by the Court on September 16, 2024, and September 18, 2024, (ECF Nos. 24 and 25), the Court set the hearing on Defendant United States' Motion to Dismiss for November 4, 2024. The hearing on Defendant United States' Motion to Dismiss was held and argued before the Honorable Kirk E. Sherriff on November 4, 2024. After the hearing, the Court filed a Minute Order (ECF No. 27) allowing Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, to file a supplemental memorandum of points and authorities in support of Plaintiff's Opposition to Defendant United States' Motion to Dismiss and Supporting Declaration by November 4, 2024, and Defendant United States to file a reply thereto by November 25, 2024, and to then take the matter under submission.

On November 4, 2024, Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, filed her Supplemental Memorandum of Points and Authorities Regarding the Proper Determination of Reasonable Cause and No Willful Neglect Under 26 U.S.C. §§ 6651(a)(1) and 6651(a)(2) (ECF No. 28).

041928-000000 11433237.1

On November 25, 2024, Defendant United States filed United States' Response to Plaintiff's Supplemental Memorandum of Points and Authorities Regarding the Proper Determination of Reasonable Cause and No Willful Neglect Under 26 U.S.C. §§ 6651(a)(1) and 6651(a)(2) (ECF No. 29).

On January 13, 2025, the parties filed a Stipulation to Continue Joint Scheduling Report Deadline and Mandatory Scheduling Conference (ECF No. 30) stipulating to a continuance of the mandatory scheduling conference by ninety (90) days. On January 14, 2025, the Court issued an Order Re Stipulation to Continue Joint Scheduling Report Deadline and Mandatory Scheduling Conference (ECF No. 31) granting that stipulation and set the mandatory scheduling conference for April 21, 2025.

On February 18, 2025, the Court issued an Order Denying in Part and Granting in Part Defendant's Motion to Dismiss (ECF No. 32).

On March 4, 2025, Defendant United States filed United States' Answer to the Complaint (ECF No. 33).

On March 18, 2025, Robert C. Bombard, former lead counsel for Defendant United States in this case, filed a Notice of Withdrawal of Robert C. Bombard (ECF No. 34) notifying the Court that he will be temporarily detailed to another component of the Department of Justice for a period of six month that will not permit him to work on his Tax Division cases for the duration of the detail, and that Connor J. Pestovich, another Trial Attorney with the Tax Division who has appeared for Defendant United States in this case (ECF No. 23), will become new lead counsel for Defendant United States in this case.

The parties have proffered that in late February and early March of 2025, counsel for Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, and Mr. Bombard, as former lead counsel for Defendant United States, exchanged e-mail messages regarding both a proposed settlement recommendation of this case by Defendant United States and Plaintiff Dolores J. Murphy's, as Trustee of the Administrative Trust, questions and response thereto and position regarding the merits of Plaintiff's case and a possible basis of settlement of this case.

041928-000000 11433237.1

The parties have also proffered that on April 4, 2025, counsel for Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, and Mr. Pestovich, as new lead counsel for Defendant United States, continued settlement discussions regarding this case, including an alternate settlement proposal of this case by Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, but Mr. Pestovich, as new lead counsel for Defendant United States, in this case will need time to become more familiar with the background, relevant facts, and issues in this case to continue these settlement discussions with counsel for Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust,

On April 10, 2025, the counsel for the parties filed a Stipulation to Continue Joint Scheduling Report Deadline and Mandatory Scheduling Conference (ECF No. 35), stipulating to a continuance of the mandatory scheduling conference by thirty (30) days to May 21, 2025, or such other date as may be determined by the Court. The counsel for the parties agreed to this stipulation because Defendant United States' current counsel of record needed additional time to review the case's files, filings, and history to help meaningfully develop a discovery plan as well as to explore the possibility of resolving this case without further litigation, including the alternate settlement proposal of this case made by Plaintiff Dolores J. Murphy, as Trustee of the Administrative Trust, on April 4, 2025 .

The Court finds that good cause exists to grant the requested extension of the mandatory scheduling conference in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Mandatory Scheduling Conference currently set for April 21, 2025, is continued to **May 28, 2025, at 9:00 AM in courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference remotely via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required; and

///

///

041928-000000 11433237.1

2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **April 11, 2025**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

041928-000000 11433237.1