UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES J. MURPHY, as the Trustee of the Charles M. Murphy Administrative Trust,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:24-cv-00260-JLT-FRS (SKO)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A MAGISTRATE JUDGE AND TO CLOSE THE CASE<br><br>(Doc. 49) |

On February 11, 2026, the parties filed a stipulation of dismissal of this action with prejudice. (Doc. 49.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to assign a Magistrate Judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:   **February 11, 2026**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

1